IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRANDON SLEDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:16cv340-WHA |
| ) | (wo) |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On January 5, 2017, the court entered an Order (Doc. #21) giving the Plaintiff until January 20, 2017 to either obtain new counsel or advise the court that he wished to proceed representing himself, with the case to be dismissed if he did neither. The Plaintiff was served a copy of the Order by certified mail on January 9, 2017. (Doc. #22). No new lawyer has filed an appearance and the Plaintiff has not responded.

Therefore, it is hereby

ORDERED that this case is dismissed for want of prosecution, costs taxed as paid.

Done this 30th day of January, 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE